

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2022

No. 04-21-00557-CV

**CARDINAL SENIOR CARE, LLC**,
Appellant

v.

Greg **BRADWELL**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI11679
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

On February 3, 2022, this court stayed the underlying trial court proceedings until disposition of this appeal or further order of this court. On October 14, 2022, Norma L. Thompson, a defendant in the underlying proceedings but not a party to this appeal, filed an unopposed motion in this court seeking a partial lift of the stay for the limited purpose of filing a motion to substitute counsel and allowing the trial court to rule on the motion to substitute counsel. The motion is GRANTED.

We ORDER the February 3, 2022 stay lifted for the limited purpose of allowing: (1) Thompson to file her motion to substitute counsel; (2) a hearing on the motion to substitute counsel, if requested; and (3) the trial court to rule on the motion to substitute counsel. We FURTHER ORDER the February 3, 2022 stay remains in effect for all other purposes.

It is so **ORDERED** November 1, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

